### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

SENDSIG, LLC,

      Plaintiff,

  v.

TOAST, INC.,

      Defendant.

CASE NO. 8:18-cv-00405

### DEFENDANT'S MOTION TO TRANSFER UNDER 28 U.S.C. § 1404(a)

Defendant Toast, Inc. respectfully moves this Court, pursuant to 28 U.S.C. § 1404(a), to transfer this action to the District of Massachusetts. The grounds for this motion are set forth in Defendant's Opening Brief submitted herewith.

Dated this 7th day of December, 2018l.

TOAST, INC.

/s/ Todd C. Kinney
Todd C. Kinney #21960
Jason S. Jackson #25030
KUTAK ROCK LLP
1650 Farnam Street
The Omaha Building
Omaha, NE 68102-2186
Tel: (402) 346-6000
Fax: (402) 346-1148
todd.kinney@kutakrock.com
jason.jackson@kutakrock.com

Srikanth Reddy, *Pro Hac Vice*
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel: (617) 570-1465
Fax: (617) 523-1231
sredddy@goodwinlaw.com

David L. Simson, *Pro Hac Vice*
GOODWIN PROCTER LLP
601 Marshall Street
Redwood City, CA 94063
Tel: (650) 752-3124
Fax: (415) 384-6028
dsimson@goodwinlaw.com

***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served upon all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system on this 7th day of December, 2018.

/s/ Todd C. Kinney
Todd C. Kinney

2

4844-9422-7586.1