## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SENDSIG, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 8:18-cv-00405 |
| | ) | |
| v. | ) | |
| | ) | |
| TOAST, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

---

### INDEX OF EVIDENCE IN SUPPORT OF TOAST, INC.'S MOTION TO TRANSFER UNDER 28 U.S.C. § 1404(a)

---

Defendant, Toast, Inc., by and through their counsel of record, hereby files the following exhibits in support of their Motion to Transfer Under 28 U.S.C. § 1404(a):

1. Declaration of Brian Elworthy;

2. Declaration of Srikanth Reddy, including the following exhibits attached thereto:

    A. Print-out of "Nebraska District Court: Time to Milestones" retrieved from DocketNavigator.com on December 6, 2018.

    B. Print-out of "Massachusetts District Court: Time to Milestones" retrieved from DocketNavigator.com on December 6, 2018.

Dated: December 7, 2018        Respectfully submitted,

By:  */s/ Todd C. Kinney*       
      Todd C. Kinney #21960
      Jason S. Jackson #25030
      KUTAK ROCK LLP
      1650 Farnam Street
      The Omaha Building
      Omaha, NE 68102-2186
      Tel: (402) 346-6000
      Fax: (402) 346-1148
      todd.kinney@kutakrock.com
      jason.jackson@kutakrock.com

      Srikanth Reddy, *Pro Hac Vice*
      GOODWIN PROCTER LLP
      100 Northern Avenue
      Boston, MA 02210
      Tel: (617) 570-1465
      Fax:  (617) 523-1231
      sredddy@goodwinlaw.com

      David L. Simson, *Pro Hac Vice*
      GOODWIN PROCTER LLP
      601 Marshall Street
      Redwood City, CA 94063
      Tel: (650) 752-3124
      Fax:  (415) 384-6028
      dsimson@goodwinlaw.com

      ***Attorneys for Defendant***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing document was served upon all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system on this 7th day of December, 2018.


*/s/ Todd C. Kinney* _____
Todd C. Kinney