# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

SENDSIG, LLC,

    Plaintiff,

v.

TOAST, INC.,

    Defendant.

CASE NO. 8:18-cv-00405

## STIPULATION OF DISMISSAL WITH PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, SendSig, LLC ("SendSig") and Defendant, Toast, Inc. ("Toast"), by and through their respective undersigned counsel, hereby stipulate to the dismissal of the above-captioned lawsuit with prejudice. The parties state as follows:

1. On August 24, 2018, SendSig commenced an action for patent infringement against Toast by filing a complaint (the "Complaint").

2. On November 15, 2018, Toast, Inc. timely filed its answer to the Complaint and asserted counterclaims against SendSig.

3. Plaintiff and Defendant have entered into a Confidential Settlement Agreement and Release, resolving all claims and counterclaims between them in this matter and requiring a dismissal of the matter with prejudice, with each party responsible for its own attorneys' fees and costs.

4.      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), SendSig and Toast hereby stipulate to the dismissal of this matter with prejudice, and each party to bear its own attorneys' fees and costs.

Respectfully submitted this 5th day of March, 2019.

| Counsel to Plaintiff, SendSig, LLC | Counsel to Defendant, Toast, Inc. |
|---|---|
| By: */s/ Cabrach J. Connor*<br>Cabrach J. Connor<br>Jennifer T. Lee<br>Kevin S. Kudlac<br>CONNOR, KUDLAC LAW FIRM<br>609 Castle Ridge Road<br>Suite 450<br>Austin, TX 78746<br>(512) 777-1254<br>Fax: (888) 387-1134<br>cab@connorkudlaclee.com<br>jennifer@connorkudlaclee.com<br>kevin@connorkudlaclee.com | By: */s/ Todd C. Kinney*<br>Todd C. Kinney #21960<br>Jason S. Jackson #25030<br>KUTAK ROCK LLP<br>1650 Farnam Street<br>The Omaha Building<br>Omaha, NE 68102-2186<br>Tel: (402) 346-6000<br>Fax: (402) 346-1148<br>todd.kinney@kutakrock.com<br>jason.jackson@kutakrock.com<br><br>Srikanth Reddy, *Pro Hac Vice*<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>Tel: (617) 570-1465<br>Fax: (617) 523-1231<br>sredddy@goodwinlaw.com<br><br>David L. Simson, *Pro Hac Vice*<br>GOODWIN PROCTER LLP<br>601 Marshall Street<br>Redwood City, CA 94063<br>Tel: (650) 752-3124<br>Fax: (415) 384-6028<br>dsimson@goodwinlaw.com |